BRIAN M. FOGARTY (Bar No. 218792)
**DLA PIPER RUDNICK GRAY CARY US LLP**
401 B Street, Suite 2000
San Diego, CA 92101-4240
Tel: 619-699-2774
Fax: 619-699-2001

THOMAS A. BURG (Bar No. 211937)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue,
East Palo Alto, CA 94303-2248
Tel: 650-833-2016
Fax: 650-833-2001

Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARGO MART, a business entity; AMAR ALAMARY, an individual; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 05-00497 REC LJO<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY AND EXPEDITED DISCOVERY** |

Plaintiff Lorillard Tobacco Company ("Lorillard"), on the one hand, and Defendants Cargo Mart and Amar Alamary (collectively "Defendants"), on the other hand, hereby stipulate and agree, by and through their counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure as follows:

Without Defendants admitting any liability, Lorillard has presented evidence that Defendants sold or offered to sell cigarettes bearing counterfeits of Lorillard's trademarks LORILLARD®, NEWPORT®, NEWPORT® (stylized), Spinnaker Design®, and NEWPORT

1  and Design®, registered on the Principal Register in the United States Patent and Trademark
2  Office (collectively, the "Lorillard Marks"), in connection with the distribution of cigarettes
3  within the United States.

4  **IT IS HEREBY STIPULATED AND ORDERED** that Defendants and any of their
5  officers, agents, servants, employees, and attorneys, and those persons in active concert or
6  participation with them who receive actual notice of this Order by personal service or otherwise,
7  are hereby enjoined and restrained, from the date of this Stipulation and Order until final
8  resolution of this litigation on the merits, from directly or indirectly:

9  (1) using any reproduction, counterfeit, copy, or colorable imitation of the Lorillard
10 Marks in connection with the importation, sale, offering for sale, or distribution of cigarettes in
11 the United States;

12 (2) using the Lorillard Marks or any reproduction, counterfeit, copy, or colorable
13 imitation of the same in any manner likely to cause others to believe that Defendants' products
14 are connected with Lorillard or are genuine Lorillard products, if they are not;

15 (3) passing off, inducing, or enabling others to sell or pass off any merchandise which is
16 not genuine Lorillard merchandise as and for genuine Lorillard merchandise;

17 (4) making any false or misleading statements regarding Lorillard or its respective goods,
18 or the relationship between Lorillard, on the one hand, and Defendants, on the other hand;

19 (5) committing any other acts calculated to cause purchasers to believe that Defendants'
20 products are Lorillard's products, if they are not;

21 (6) importing, shipping, delivering, distributing, holding for sale, returning, transferring,
22 or otherwise moving or disposing of in any manner such cigarettes falsely bearing one or more of
23 the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation of the same;

24 (7) other than pursuant to a discovery instrument propounded by Lorillard, agreement of
25 Lorillard, or an order of this Court, moving, destroying, or otherwise disposing of any goods,
26 boxes, labels, packaging or other items or documents bearing any reproduction, counterfeit, or
27 imitation of the Lorillard Marks, or removing, destroying, or otherwise disposing of any business
28 records or documents relating in any way to the manufacture, importation, acquisition, purchase,

1  distribution, or sale of goods or merchandise bearing any of the Lorillard Marks or any
2  reproduction, counterfeit, or imitation thereof; and
3      (8)  assisting, aiding, or abetting any other person or business entity in engaging in or
4  performing any of the activities referred to in the above paragraphs (1) through (7).
5      **IT IS FURTHER STIPULATED AND AGREED** that written and deposition discovery
6  can commence as of the date of this Order.
7      **IT IS FURTHER ORDERED** that the hearing on Lorillard's Motion for Preliminary
8  Injunction, set for June 13, 2005, is hereby vacated.

        IT IS SO STIPULATED.

Dated: May ____, 2005          DLA PIPER RUDNICK GRAY CARY US LLP

                               By: _____
                                   THOMAS A. BURG
                                   BRIAN M. FOGARTY
                                   Attorneys for Plaintiff
                                   Lorillard Tobacco Company

Dated: May _____, 2005         PASCUZZI O'NEILL & MOORE

                               By: _____
                                   PATRICIA BONE O'NEILL
                                   Attorney for Defendants
                                   Cargo Mart and Amar Alamary

        IT IS SO ORDERED.

        6/6/05
Dated: _____

                               /s/ ROBERT E. COYLE
                               _____
                               United States District Judge