```
 1  BRIAN M. FOGARTY (Cal. Bar No. 218792)
    DLA PIPER RUDNICK GRAY CARY US LLP
 2  401 B Street, Suite 2000
    San Diego, California  92101-4240
 3  Telephone: (619) 699-2620
    Facsimile:  (619) 699-2701
 4
    THOMAS A. BURG (Cal. Bar No. 211937)
 5  DLA PIPER RUDNICK GRAY CARY US LLP
    2000 University Avenue
 6  East Palo Alto, California  94303
    Telephone:  (650) 833-2016
 7  Facsimile:  (650) 833-2001

 8  Attorneys for Plaintiff
    LORILLARD TOBACCO COMPANY
 9
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARGO MART, a business entity; AMAR ALAMARY, an individual; and DOES 1-10 inclusive,<br>　　　　　Defendants. | CASE NO. 05-00497 REC LJO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT INJUNCTION; STIPULATION OF DISMISSAL** |

　　　　Plaintiff Lorillard Tobacco Company ("Lorillard"), on the one hand, and Defendants Cargo Mart and Amar Alamary (collectively "Defendants"), on the other hand, by and through their counsel hereby stipulate and agree pursuant to Rule 65 of the Federal Rules of Civil Procedure as follows:

　　　　With regard to Lorillard's registered trademarks LORILLARD®, NEWPORT®, NEWPORT® (stylized), Spinnaker Design®, and NEWPORT and Design®, registered on the Principal Register in the United States Patent and Trademark Office (collectively, the "Lorillard Marks"), copies of the certificates of registration of which are attached hereto as Exhibit A, it is

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7195220.1
335142-97

-1-

STIP AND [PROPOSED] ORDER FOR ENTRY
OF PERM. INJUNCTION; STIP OF DISMISSAL
CASE NO. 05-00497 REC LJO

PDF created with pdfFactory trial version www.pdffactory.com

hereby stipulated and agreed that commencing immediately from the date of entry of the Stipulation and Order for Permanent Injunction, Defendants and any of their owners, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly:

(1) using any reproduction, counterfeit, copy, or colorable imitation of the Lorillard Marks in connection with the importation, sale, offering for sale, or distribution of cigarettes in the United States;

(2) using the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation of the same in any manner likely to cause others to believe that Defendants' products are connected with Lorillard or are genuine Lorillard products, if they are not;

(3) passing off, inducing, or enabling others to sell or pass off any merchandise which is not genuine Lorillard merchandise as and for genuine Lorillard merchandise;

(4) making any false or misleading statements regarding Lorillard or its respective goods, or the relationship between Lorillard, on the one hand, and Defendants, on the other hand;

(5) committing any other acts calculated to cause purchasers to believe that Defendants' products are Lorillard's products, if they are not;

(6) importing, shipping, delivering, distributing, holding for sale, returning, transferring, or otherwise moving or disposing of in any manner such cigarettes falsely bearing one or more of the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation of the same;

(7) other than pursuant to agreement of Lorillard, moving, destroying, or otherwise disposing of any goods, boxes, labels, packaging or other items or documents bearing any reproduction, counterfeit, or imitation of the Lorillard Marks, or removing, destroying, or otherwise disposing of any business records or documents relating in any way to the manufacture, importation, acquisition, purchase, distribution, or sale of goods or merchandise bearing any reproduction, counterfeit, or imitation of the Lorillard Marks; and

(8) assisting, aiding, or abetting any other person or business entity in engaging in or

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7195220.1
335142-97

STIP AND [PROPOSED] ORDER FOR ENTRY OF PERM. INJUNCTION; STIP OF DISMISSAL
CASE NO. 05-00497 REC LJO

-2-

PDF created with pdfFactory trial version www.pdffactory.com

performing any of the activities referred to in the above paragraphs (1) through (7).

**IT IS FURTHER AGREED** that Defendants acknowledge receipt of this Stipulation and Order for Permanent Injunction and waive further service thereof.

**IT IS FURTHER AGREED AND ORDERED** that this action is hereby dismissed with prejudice, provided, however, that the United States District Court for the Eastern District of California shall maintain jurisdiction over the parties to enforce this Permanent Injunction and to enforce the terms of the settlement agreement between the parties.

Dated:   May ___, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

By _____
    THOMAS A. BURG
    BRIAN M. FOGARTY
    Attorneys for Plaintiff
    Lorillard Tobacco Company

Dated:   May ___, 2006          PASCUZZI O'NEILL & MOORE

By _____
    PATRICIA BONE O'NEILL
    Attorney for Defendants
    Cargo Mart and Amar Alamary

IT IS SO ORDERED.

Dated: _May 3, 2006

/s/ ROBERT E. COYLE____
United States District Judge

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7195220.1
335142-97

STIP AND [PROPOSED] ORDER FOR ENTRY
OF PERM. INJUNCTION; STIP OF DISMISSAL
-3-                                    CASE NO. 05-00497 REC LJO

PDF created with pdfFactory trial version www.pdffactory.com